876 F.2d 894
 NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
NATIONAL LABOR RELATIONS BOARD, Petitioner/Cross-Respondent,
v.
JOYCE WESTERN CORPORATION; Miami Springs Properties, Inc.;
James H. Kinley & Sons, Inc.; James H. Kinley and
Associates; Ex Coal Sales, Inc.; and Christina Resources,
Inc., Respondents/Cross-Petitioners.
 Nos. 88-5324, 88-5409.
 United States Court of Appeals, Sixth Circuit.
 June 16, 1989.
 
 JUDGMENT
 Before ENGEL, Chief Judge and MERRITT and DAVID A. NELSON, Circuit Judges.
 ENGEL, Chief Judge.
 
 
 1
 THIS CAUSE came on to be heard upon the application of the National Labor Relations Board for the enforcement of a certain supplemental order issued by it against the Respondents, Joyce Western Corporation; Miami Springs Properties, Inc.; James H. Kinley & Sons, Inc.; James H. Kinley and Associates; Ex Coal Sales, Inc.; and Christina Resources, Inc., Salyersville, Kentucky, their officers, agents, successors, and assigns, on September 30, 1987. On April 18, 1988, the Respondents filed a cross-petition to review. The Court heard argument of respective counsel on February 6, 1989, and has considered the briefs and transcript of record filed in this cause. On April 26, 1989, the Court, being fully advised in the premises, handed down its opinion granting enforcement of the Board's Supplemental Order, as modified. In conformity therewith, it is hereby
 
 
 2
 ORDERED AND ADJUDGED by the Court that Respondents, Joyce Western Corporation; Miami Springs Properties, Inc.; James H. Kinley & Sons, Inc.; James H. Kinley and Associates; Ex Coal Sales, Inc.; and Christina Resources, Inc., jointly and severally, Salyersville, Kentucky, their officers, agents, successors, and assigns, shall pay to the persons listed in the attachment hereto the amount set forth opposite their names, together with interest (less amounts already paid), computed in the manner prescribed in New Horizons for the Retarded.[1]
 
 
 3
 NOTE--Some parts of this form are wider than one screen. To view
 
 
 4
 material that exceeds the width of this screen, use the right arrow
 
 
 5
 key. To return to the original screen, use the left arrow key.
 
 
 6
 APPENDIX A APPENDIX B APPENDIX C AMOUNTS
 ALREADY
 PAID
 PURSUANT
 TO
 SETTLEMENT
 AGREEMENT
 ENTERED
 INTO IN
 1983
Discriminatees March 10 August 1 Sep. 25, Sep. 25,
 '79 '79
 Aug. 1, 75 Dec. 30 75 July 1985 Dec. 1982 TOTALS
--------------------------------------------------------------------------------------------
Lowell Adams $2,367.40 $551.24 $0.00 $0.00 $2,918.64 $545.30
Milton Adams $5,505.40 $81.60 $1,407.71 $27,639.84 $34,634.55 $603.80
Roy Arnett $6,188.00 $4,779.51 $0.00 $0.00 $10,967.51 $616.51
Walter Auxier $6,463.40 $1,826.25 $0.00 $6,541.44 $14,831.09 $621.85
Monroe Bach $4,384.40 $898.57 $0.00 $0.00 $5,282.97 $582.69
Cleveland Bailey $5,288.40 $102.05 $6,515.81 $722.02 $12,628.28 $559.71
Paul Bailey $778.59 $0.00 $0.00 $0.00 $778.59 $515.26
Arlie Holbrook $7,091.29 $4,785.52 $18,531.38 $0.00 $30,408.19 $633.45
Bobby Ray Howard $6,684.00 $81.60 $0.00 $1,333.94 $8,279.54 $629.90
Calla Howard $6,888.00 $0.00 $59.03 $1,118.09 $8,065.12 $629.80
Henry James $5,381.62 $30.10 $0.00 $4,868.71 $10,215.83 $600.83
Luther Jordan $6,660.00 $81.60 $1,746.49 $8,745.97 $17,234.06 $625.22
Joe R. Minix $5,288.40 $898.57 $5,516.65 $0.00 $11,703.62 $699.00
Roy Von Minix $3,744.00 $4,046.00 $0.00 $0.00 $7,790.00 $687.48
Bubby Montgomery $7,479.68 $5,581.03 $87,282.80 $12,868.48 $113,211.99 $641.01
Marcus $4,269.96 $0.00 $0.00 $0.00 $4,269.96 $580.42
 Pennington
Burlie Perkins $4,312.00 $2,311.33 $4,772.82 $24,683.68 $36,079.83 $581.99
O'Banion Ritchie $3,370.15 $0.00 $0.00 $0.00 $3,370.15 $563.62
Joe Salyer $4,972.00 $898.57 $5,122.89 $604.18 $11,597.64 $593.80
Kenneth W. $5,104.00 $898.57 $1,455.36 $0.00 $7,457.93 $596.74
 Salyer
Robert W. Salyer $5,104.00 $898.57 $5,752.48 $686.02 $12,441.07 $596.74
Conley Turner $4,876.88 $898.57 $0.00 $6,783.35 $12,558.80 $592.25
Glenny Wisecup $6,864.00 $81.60 $1,998.37 $19,631.21 $28,575.18 $620.61
 --------------------------------------------------------------------------
TOTAL $119,182.57 $29,730.85 $140,161.- $116,226.- $405,340.51 $13,917.98
 79 79
 
 
 
 [1]
 In accordance with the decision in New Horizons for the Retarded, 283 NLRB No. 181 (May 28, 1987), interest on and after 1 January 1987 shall be computed at the "short-term Federal rate" for the underpayment of taxes as set out in the 1986 amendment to 26 U.S.C. § 6621. Interest on amounts accrued prior to 1 January 1987 (the effective date of the 1986 amendment to 26 U.S.C. § 6621) shall be computed in accordance with Florida Steel Corp., 231 NLRB 651 (1977)